# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Tracy Reynolds Creekmore, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 5:14-3019-RMG |
| ) | |
| vs. ) | |
| ) | |
| Carolyn D. Colvin, Acting Commissioner ) | |
| of Social Security, ) | |
| ) | **ORDER** |
| Defendant. ) | |
| ) | |

This matter comes before the Court on Plaintiff's motion for approval of attorney's fees under 42 U.S.C. § 406(b). (Dkt. No. 37). Plaintiff seeks approval of an attorney's fee for her services on behalf of Plaintiff in federal court in the amount of $24,831.00, which, along with a $6,000 award by the agency for administrative level legal work, represents 25% of the total back award obtained on behalf of Plaintiff. (Dkt. No. 38 at 1). Plaintiff has provided the Court a copy of the attorney fee agreement with counsel, which provides for payment of an attorney's fee of 25% of the back award obtained. (Dkt, No. 37-3). The Defendant has advised the Court that she does not oppose the approval of Plaintiff's attorney fee under § 406(b), but correctly notes that upon receipt of the fee award under § 406(b), Plaintiff's counsel is obligated to pay to his client amounts previously awarded by the Court under EAJA. (Dkt. No. 38).

The Court has reviewed the Plaintiff's motion in light of the standards set forth in *Grisbrecht v. Barnhart*, 535 U.S. 789, 808 (2002). The Court finds that pursuant to the *Grisbrecht* standards the proposed fee is reasonable and grants the Plaintiff's motion to approve

-2-

the fee in the amount of $24,831.00. Upon receipt of this award, Plaintiff's counsel is directed to reimburse to Plaintiff $11,229.71 previously awarded under EAJA.

AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Judge

April 1, 2016
Charleston, South Carolina